CSD 2065 [08/01/2024]

Court Telephone: (619) 557-5620; www.casb.uscourts.gov

**Gerald H. Davis, #110417**
PO Box 38
Aguanga CA 92536
**(619) 400-9997**
ghd@trusteedavis.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

UNIVERSITY OF ST. KATHERINE

BANKRUPTCY NO. 24-02975-CL7

Debtor.

### TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and Federal Rule of Bankruptcy Procedure 6007(a), notice is hereby given that the undersigned Trustee for the estate intends to abandon the following property:

PROPERTY TO BE ABANDONED:

USED TEXT BOOKS AND EDUCATION MATERIALS LOCATED IN PRIME STORAGE UNIT # 50019
(FMV) UNKNOWN (DEBT) UNKNOWN

ESTIMATED VALUE OF THE PROPERTY

AS STATED

LIENS AGAINST THE PROPERTY

AS STATED

The property is to be abandoned because:

[X]  There is little or no equity in the property for the estate/attorney fees/expenses leave little if any equity.

[ ]  Costs of collection or litigation will probably exceed any recovery

[X]  Preservation of the asset is burdensome to the bankruptcy estate.

[ ]  Other:

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

CSD 2065

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

    - CL   -   call (619) 557-6019   -   DEPARTMENT ONE (Room 218)
    - JMB  -   call (619) 557-5157   -   DEPARTMENT TWO (Room 118)
    - LT   -   call (619) 557-5157   -   DEPARTMENT THREE (Room 129

2. **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF THIS NOTICE**, you are further required to serve a copy of your **DECLARATION IN OPPOSITION TO THE ABANDONMENT** and separate **REQUEST AND NOTICE OF HEARING** [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the factual and legal grounds for the opposition.

3. **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    **IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO THE ABANDONMENT" AND "REQUEST AND NOTICE OF HEARING"** within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated: December 9, 2024                     /s/ Gerald H. Davis
                                            Chapter 7 Trustee
                                            Address:     PO Box 38
                                                         Aguanga CA 92536
                                            Phone No.:   (619) 400-9997
                                            E-mail:      ghd@trusteedavis.com

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006