# Notice Recipients

District/Off: 0974–3  User: Admin.  Date Created: 12/10/2024
Case: 24–02975–CL7  Form ID: pdf904  Total: 60

**Recipients of Notice of Electronic Filing:**
tr          Gerald H. Davis          ghd@trusteedavis.com
aty         Michael D. Breslauer     mbreslauer@swsslaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          University of Saint Katherine    P.O. Box 712228       San Diego, CA 92171–2226
15119096    AT&T Business Center    700 S Flower Street, Ste 810    Los Angeles, CA 90017–4101
15119097    AT&T Mobility       P.O. Box 6463       Carol Stream, IL 60197–6463
15119091    Alex Leja       1852 Lilac Court       Carlsbad, CA 92011
15119092    Alexa Quaranta       1111 W University Drive       Tempe, AZ 85281
15119093    Alitzel Razon       25761 Brodiaea Avenue       Moreno Valley, CA 92553
15119094    American Express       P.O. Box 96001       Los Angeles, CA 90096
15119095    Anika Keys–Ludwig       6600 Ambrosia Lane, Apt 225       Carlsbad, CA 92011–2626
15119098    Bladimir Hernandez       636 Imperial Drive       Escondido, CA 92026
15119099    Brad J. Green       3970 Shenandoah Drive       Oceanside, CA 92056
15119100    Cameron Johnson       2624 Seven Pines Place       North Las Vegas, NV 89030
15119101    Candi L. Letts       28425 Championship Drive       Moreno Valley, CA 92555
15119102    Corky's Pest Control       150 Vallecitos de Oro       San Marcos, CA 92069
15119105    Cox Business       1341 Corssways Blvd       Chesapeake, VA 23320
15119103    Cox Business       5159 Federal Blvd       San Diego, CA 92105
15119104    Cox Business       P.O. Box 53214       Phoenix, AZ 85072–3214
15119106    David R. Ongaro       1604 Union Street       San Francisco, CA 94123
15119107    Dept. of Veteran Affairs       P.O. Box 11930       Saint Paul, MN 55111
15119108    EDCO Waste       224 Las Posas       San Marcos, CA 92078
15119109    Eyleen Sanchez       3967 Carrick Street       Riverside, CA 92505
15119110    FA Solutions LLC       P.O. Box 162157       Atlanta, GA 30321–2157
15119111    First Insurance Funding       P.O. Box 7000       Carol Stream, IL 60197–7000
15119112    Frank Papatheofanis       P.O. Box 712228       San Diego, CA 92171–2228
15119113    Frank Papatheofanis       P.O. Box 9860       Rancho Santa Fe, CA 92067
15119114    Gianmarco Punzo       1925 Brickell Ave, Apt D–1407       Miami, FL 33129
15119115    Helen Lee       2943 Segovia Way       Carlsbad, CA 92009
15119116    Henry Lund       54 Somerset Road, Chiswick       London W45DN
15119117    Herff Jones Inc.       P.O. Box 99292       Chicago, IL 60693–9292
15119118    John Lucero       1155 NW 171st Terrace       Hollywood, FL 33028
15119119    Josephine Freas       4381 South Shingle Road       Shingle Springs, CA 95682
15119120    Kai Harris       1015 Armorlite, #235       San Marcos, CA 92069
15119121    Karissa Morgan       11127 Muirfield Drive       Rancho Cucamonga, CA 91730
15119122    Katherine Ritchie       3939 Sherbourne Drive       Oceanside, CA 92056
15119123    Kevin J. Williamson       1257 Armonlite Drive, Apt 111       San Marcos, CA 92069
15119124    Lauren De Turk       2320 Via Clemente #E       Carlsbad, CA 92008
15119125    LinkServ Computer Solutions       9528 Miramar Road, Ste 179       San Diego, CA 92126
15119126    Makayla Fuller       8552 Svl Box       Victorville, CA 92395
15119127    Melanie Veteto       1796 Alta Vista Drive       Vista, CA 92084–6338
15119128    Mg Properties       10505 Sorrento Valley Rd, Ste       San Diego, CA 92121
15119129    Michael Marci       1634 El Travesia Drive       La Habra, CA 90631
15119130    Michael Miller       4315 Hepatica Hill Road       Manlius, NY 13104–8714
15119131    Omicron Delta Kappa Society       224 McLaughlin Street       Lexington, VA 24450
15119132    Peregrine Realty Partners, Inc       5963 La Place Court, Suite 202       Carlsbad, CA 92008
15119133    Peter H. Haring       26607 Jaelene Street       Sun City, CA 92586
15119134    Prime Storage – San Marcos       185 N. Pacific Street       San Marcos, CA 92069
15119135    Prime Storage Pacific SanMarco       185 N Pacific Street       San Marcos, CA 92069
15119136    Pure Water Technology of S.D.       4683 Mission Gorge Place       San Diego, CA 92120
15119137    Quench USA, Inc.       630 Allendale Rd. Ste 200       King of Prussia, PA 19406
15119140    SDGE       644 W Mission Avenue       Escondido, CA 92025
15119138    San Marcos Parks & Rec       3 Civic Center Drive       San Marcos, CA 92069
15119139    Sativa Groff       638 El Cajon Blvd. Apt 10       El Cajon, CA 92020
15119141    Sherry Clouet       890 Genoa Way       San Marcos, CA 92078
15119142    Tiffanie Harvey       15410 Adobe Way       Moreno Valley, CA 92555
15119143    Tina Keating       1774 Terraza Street       Oceanside, CA 92054
15119144    Tuscany Hills Apartments       715 Ash Lane       San Marcos, CA 92069
15119145    UMPQUA Bank       16501 Ventura Blvd, Ste 101       Encino, CA 91436
15119146    UMPQUA Bank       P.O. Box 1580       Roseburg, OR 97470–0367
15119147    Zoom Video Communications Inc.       55 Almaden Blvd, 6th Floor       San Jose, CA 95113

TOTAL: 58