CSD 1100 [07/05/24]

Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
Solomon Ward Seidenwurm & Smith, LLP
401 B Street Suite 1200
San Diego, CA   92101
mbreslauer@swsslaw.com
Telephone (619) 231-0303

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
University of St. Katherine
Debtor(s)

Bankruptcy No.
24-02975-CL7

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- ☒ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☐ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☒ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $34.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- ☐ Schedule H: Your Co-Debtor (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J: Your Expenses (Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1 Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Other:

Date: December 10, 2024

Signature  */s/ Michael D. Breslauer*
Attorney for Debtor
Michael D. Breslauer

P:01782222.1:60739.001   **Debtor(s) signature required on page 2. Server's signature required on page 3.**

CSD 1100 [07/05/24]

## DECLARATION OF DEBTOR

I [We] Frank Papatheofanis and _____ , the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of _____ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: December 9, 2024

_Frank Papatheofanis_
*Debtor Signature

_____
*Joint Debtor Signature

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added.** Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On December 10, 2024 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determine d that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Michael D. Breslauer mbreslauer@swsslaw.com; sdurazo@swsslw.com
Gerald H. Davis ghd@trusteedavis.com ; ghd@trustesolutions.net

☐ Chapter 7 Trustee:

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

P:01782222.1:60739.001

CSD 1100 [07/05/24]

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:
See attached service list.

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  December 10, 2024                    Sylvia Durazo */s/ Sylvia Durazo*
              (Date)                                              (Typed Name and Signature)

                                                                                   401 B Street, Suite 1200
                                                                                   (Address)

                                                                                   San Diego, CA   92101
                                                                                 (City, State, ZIP Code)

P:01782222.1:60739.001

**Fill in this information to identify the case:**

Debtor name: University of Saint Katherine

United States Bankruptcy Court for the: Southern District of CA
(State)

Case number (If known): 24-02975-CL7

☒ Check if this is an amended filing

Official Form 206A/B

# AMENDED Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $ |
| 3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*) | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Wells Fargo | Checking Account | 2623 | $ 20.00 |
| 3.2. | | | $ |
| 4. **Other cash equivalents** (*Identify all*) | | | |
| 4.1. | | | $ |
| 4.2. | | | $ |
| 5. **Total of Part 1** | | | $ 20.00 |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☒ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. | $ |
| 7.2. | $ |

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 1

Debtor _____    Case number (*if known*) _____
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $ _____

   8.2. _____    $ _____

9. **Total of Part 2.**    $ _____

   Add lines 7 through 8. Copy the total to line 81.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ − _____ = ....... ➔    $ _____
                                        face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ − _____ = ....... ➔    $ _____
                                      face amount    doubtful or uncollectible accounts

12. **Total of Part 3**    $ _____

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. _____    _____%    _____    $ _____

    15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**    $ _____

    Add lines 14 through 16. Copy the total to line 83.

---

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page **2**

Debtor _____  Case number (*if known*)_____
        Name

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 3

Debtor  University of Saint Katherine                       Case number (*if known*) 24-02975-CL7
        Name

33. **Total of Part 6.**  $ _____

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Used textbooks and education materials located in | $ Unknown | _____ | $ 0.00 |
| 42.2 Prime Storage unit #50019. | $ _____ | _____ | $ _____ |
| 42.3 | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**  $ 0.00

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Official Form 206A/B                  Schedule A/B: Assets — Real and Personal Property                  page **4**

Debtor  University of Saint Katherine                                       Case number (*if known*) 24-02975-CL7
　　　　　Name

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____  $ _____  _____  $ _____
    47.2 _____  $ _____  _____  $ _____
    47.3 _____  $ _____  _____  $ _____
    47.4 _____  $ _____  _____  $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____  $ _____  _____  $ _____
    48.2 _____  $ _____  _____  $ _____

49. **Aircraft and accessories**

    49.1 _____  $ _____  _____  $ _____
    49.2 _____  $ _____  _____  $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____  $ _____  _____  $ _____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                    $ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor  Univeristy of Saint Katherine  
Name

Case number (*if known*) 24-02975-CL7

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
- ☒ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**  $ _____
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☒ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**
Description (include name of obligor)

_____  −  _____  =  →  $ _____
Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____    Tax year _____   $ _____
_____    Tax year _____   $ _____
_____    Tax year _____   $ _____

**73. Interests in insurance policies or annuities**

| | | |
|---|---|---|
| | Insurance claim made to Debtor's Carrier Philadelphia Indemnity Insurance Co. for Debtor's personal property stolen or about May 2, 2024 under Policy No. PHPK2587349 as Claim No. PHVS24051647092. Maximum Recovery is $65,000 net of $10,000 deductible. | $ Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | | $ |
| | **Nature of claim** | |
| | **Amount requested**     $ | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | | $ |
| | **Nature of claim** | |
| | **Amount requested**     $ | |
| 76. | **Trusts, equitable or future interests in property** | |
| | | $ |
| 77. | **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership | |
| | | $ |
| | | $ |
| 78. | **Total of Part 11.** | $ |
| | Add lines 71 through 77. Copy the total to line 90 | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| Official Form 206A/B | Schedule A/B: Assets — Real and Personal Property | page **7** |

Debtor  University of Saint Katherine                          Case number (*if known*) 24-02975-CL7
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 20.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ $20.00 | ＋ 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................................ $ 20.00

```
Label Matrix for local noticing         California Department of Tax and Fee Adminis    Div. of Labor Standards Enforcement
0974-3                                  Account Information Group, MIC:29               7575 Metropolitan Drive, Suite 210
Case 24-02975-CL7                       P.O. Box 942879                                 San Diego, CA 92108-4424
Southern District of California         Sacramento, CA 94279-0029
San Diego
Wed Dec  4 15:49:51 PST 2024

Franchise Tax Board                     IRS-Insolvency Division                         United States Trustee
Attn:  Bankruptcy                       P.O. Box 7346                                   Office of the U.S. Trustee
P.O. Box 2952                           Philadelphia, PA 19101-7346                     880 Front Street
Sacramento, CA 95812-2952                                                               Suite 3230
                                                                                        San Diego, CA 92101-8897

University of Saint Katherine           U.S. Bankruptcy Court                           AT&T Business Center
P.O. Box 712228                         Jacob Weinberger U.S. Courthouse                700 S Flower Street, Ste 810
San Diego, CA 92171-2228                325 West F Street                               Los Angeles, CA 90017-4101
                                        San Diego, CA 92101-6991

AT&T Mobility                           Alex Leja                                       Alexa Quaranta
P.O. Box 6463                           1852 Lilac Court                                1111 W University Drive
Carol Stream, IL 60197-6463             Carlsbad, CA 92011-5120                         Tempe, AZ 85281-3724


Alitzel Razon                           American Express                                Anika Keys-Ludwig
25761 Brodiaea Avenue                   P.O. Box 96001                                  6600 Ambrosia Lane, Apt 225
Moreno Valley, CA 92553-4908            Los Angeles, CA 90096-8000                      Carlsbad, CA 92011-2626


Bladimir Hernandez                      Brad J. Green                                   Cameron Johnson
636 Imperial Drive                      3970 Shenandoah Drive                           2624 Seven Pines Place
Escondido, CA 92026-3937                Oceanside, CA 92056-3329                        North Las Vegas, NV 89030-5336


Candi L. Letts                          Corky's Pest Control                            Cox Business
28425 Championship Drive                150 Vallecitos de Oro                           1341 Corssways Blvd
Moreno Valley, CA 92555-6305            San Marcos, CA 92069-1435                       Chesapeake, VA 23320-2897


Cox Business                            Cox Business                                    David R. Ongaro
5159 Federal Blvd                       P.O. Box 53214                                  1604 Union Street
San Diego, CA 92105-5428                Phoenix, AZ 85072-3214                          San Francisco, CA 94123-4507


Dept. Indust. Rel., Labor Law Enforce.  Dept. of Veteran Affairs                        EDCO Waste
1550 West Main St.                      P.O. Box 11930                                  224 Las Posas
El Centro, CA 92243-2105                Saint Paul, MN 55111-0930                       San Marcos, CA 92078-1485


Eyleen Sanchez                          FA Solutions LLC                                First Insurance Funding
3967 Carrick Street                     P.O. Box 162157                                 P.O. Box 7000
Riverside, CA 92505-3003                Atlanta, GA 30321-2157                          Carol Stream, IL 60197-7000
```

| | | |
|---|---|---|
| Frank Papatheofanis<br>P.O. Box 712228<br>San Diego, CA 92171-2228 | Frank Papatheofanis<br>P.O. Box 9860<br>Rancho Santa Fe, CA 92067-4860 | Gianmarco Punzo<br>1925 Brickell Ave, Apt D-1407<br>Miami, FL 33129-1715 |
| Helen Lee<br>2943 Segovia Way<br>Carlsbad, CA 92009-8231 | Herff Jones Inc.<br>P.O. Box 99292<br>Chicago, IL 60693-9292 | John Lucero<br>1155 NW 171st Terrace<br>Hollywood, FL 33028-2110 |
| Josephine Freas<br>4381 South Shingle Road<br>Shingle Springs, CA 95682-7522 | Kai Harris<br>1015 Armorlite, #235<br>San Marcos, CA 92069-1698 | Karissa Morgan<br>11127 Muirfield Drive<br>Rancho Cucamonga, CA 91730-6787 |
| Katherine Ritchie<br>3939 Sherbourne Drive<br>Oceanside, CA 92056-3328 | Kevin J. Williamson<br>1257 Armonlite Drive, Apt 111<br>San Marcos, CA 92069-1326 | Lauren De Turk<br>2320 Via Clemente #E<br>Carlsbad, CA 92008-6802 |
| LinkServ Computer Solutions<br>9528 Miramar Road, Ste 179<br>San Diego, CA 92126-4533 | Makayla Fuller<br>8552 Svl Box<br>Victorville, CA 92395-5170 | Melanie Veteto<br>1796 Alta Vista Drive<br>Vista, CA 92084-6338 |
| Mg Properties<br>10505 Sorrento Valley Rd, Ste<br>San Diego, CA 92121-1619 | Michael Marci<br>1634 El Travesia Drive<br>La Habra, CA 90631-8002 | Michael Miller<br>4315 Hepatica Hill Road<br>Manlius, NY 13104-8714 |
| Omicron Delta Kappa Society<br>224 McLaughlin Street<br>Lexington, VA 24450-2002 | Peregrine Realty Partners, Inc<br>5963 La Place Court, Suite 202<br>Carlsbad, CA 92008-8822 | Peter H. Haring<br>26607 Jaelene Street<br>Sun City, CA 92586-2018 |
| Prime Storage - San Marcos<br>185 N. Pacific Street<br>San Marcos, CA 92069-1221 | Prime Storage Pacific SanMarco<br>185 N Pacific Street<br>San Marcos, CA 92069-1221 | Pure Water Technology of S.D.<br>4683 Mission Gorge Place<br>San Diego, CA 92120-4133 |
| Quench USA, Inc.<br>630 Allendale Rd. Ste 200<br>King of Prussia, PA 19406-1695 | SDGE<br>644 W Mission Avenue<br>Escondido, CA 92025-1611 | (c)SAN MARCOS PARKS & REC<br>1 CIVIC CENTER DR STE 100<br>SAN MARCOS CA  92069-2918 |
| Sativa Groff<br>638 El Cajon Blvd. Apt 10<br>El Cajon, CA 92020-4312 | Sherry Clouet<br>890 Genoa Way<br>San Marcos, CA 92078-1076 | Tiffanie Harvey<br>15410 Adobe Way<br>Moreno Valley, CA 92555-5812 |

| | | |
|---|---|---|
| Tina Keating<br>1774 Terraza Street<br>Oceanside, CA 92054-6122 | Tuscany Hills Apartments<br>715 Ash Lane<br>San Marcos, CA 92069-5948 | UMPQUA Bank<br>16501 Ventura Blvd, Ste 101<br>Encino, CA 91436-2064 |
| UMPQUA Bank<br>P.O. Box 1580<br>Roseburg, OR 97470-0367 | Zoom Video Communications Inc.<br>55 Almaden Blvd, 6th Floor<br>San Jose, CA 95113-1612 | Gerald H. Davis<br>Gerald H. Davis<br>PO Box 38<br>Aguanga, CA 92536-0038 |
| Michael D. Breslauer<br>Solomon Ward Seidenwurm & Smith, LLP<br>401 B Street, Suite 1200<br>San Diego, CA 92101-4295 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

San Marcos Parks & Rec
3 Civic Center Drive
San Marcos, CA 92069

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BFS West, Inc. | (u)Floorit Financial Inc | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| (u)Henry Lund<br>54 Somerset Road, Chiswick<br>London W45DN | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     5<br>Total                  71 |